UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-24115-UU

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

KFC CORPORATION,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, ANDRES GOMEZ, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, KFC CORPORATION, (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request twenty (20) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

**CERTIFICATE OF SERVICE**

    I certify that on January 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

Respectfully submitted,

**THE ADVOCACY GROUP**
*Counsel for Plaintiff*
(mailing address)
5771 Johnson Street, Unit 3597
Hollywood, FL 33083
(physical address)
333 La Olas Way, CU1, Suite 311
Fort Lauderdale, FL 33301
Telephone: (954) 282-1858
Email: service@advocacypa.com

 */s/ Jessica L. Kerr*____
Jessica L. Kerr, Esq.
Florida Bar No. 92810

 */s/ Jaci R. Mattocks*____
Jaci R. Mattocks, Esq.
Florida Bar No. 115765